UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------x

ATLAS GARDEN SUPPLY, LLC,

        Plaintiff,

vs.                             Civil Action No. _____

INTRUDER, INC., AMES TRUE TEMPER
COMPANY AND HARRY S. BILLADO

        Defendant.         05 11122 JLT

---------------------------------x

### MOTION FOR ADMISSION PRO HAC VICE

**NOW COMES** Danielle Pacik, an associate of Devine, Millimet & Branch, Professional Association, counsel to defendant Harry S. Billado, and respectfully moves for the admission pro hac vice of Attorney Steven E. Grill to practice before this Court on behalf of defendant Harry S. Billado. In support of his Motion, the undersigned states as follows:

1. Attorney Steven E. Grill is a member in good standing in the bar of the States of New Hampshire and New York, the federal bars of United States District Court for the District of New Hampshire, Southern District of New York, and Eastern District of New York, and is a partner in the firm of Devine, Millimet & Branch of Manchester, New Hampshire.

2. Attorney Steven E. Grill is counsel to Mr. Billado and has been asked to take the lead role in its representation in the above-captioned action.

3. The undersigned, or another attorney from Devine, Millimet & Branch, will be involved as local counsel throughout this case and will appear at all hearings or trials unless excused by the Court.

4. The Declaration of Steven E. Grill in support of Motion for Admission Pro Hac Vice Pursuant to Local Rule 83.5.3 is filed herewith and incorporated herein by reference.

      **WHEREFORE**, Danielle Pacik respectfully moves this Court for an order admitting Attorney Steven E. Grill to practice before this Court pro hac vice in connection with all aspects of the above-captioned action.

Respectfully submitted,

**DANIELLE L. PACIK, ESQUIRE**

**DEVINE, MILLIMET & BRANCH,
PROFESSIONAL ASSOCIATION**

Dated: May 31, 2005      By: _[signature]_
                                   Danielle L. Pacik, Esquire (BBO # 653753)
                                   111 Amherst Street
                                   Manchester, NH 03101
                                   (603) 669-1000
                                   e-mail: dpacik@devinemillimet.com

**CERTIFICATE OF SERVICE**

    I hereby certify on this 31st day of May 2005, a copy of the foregoing Motion for Admission was forwarded to David A. Brown, Esquire, Intruder, Inc. and Ames True Temper Company.

_[signature]_
Danielle L. Pacik, Esquire

J:\wdox\docs\clients\16430\74011\M0724440.DOC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------x

ATLAS GARDEN SUPPLY, LLC,

        Plaintiff,

vs.                                Civil Action No. _____

INTRUDER, INC., AMES TRUE TEMPER
COMPANY AND HARRY S. BILLADO

        Defendant.         05 CV 11122 JLT

------------------------------------x

**DECLARATION OF STEVEN E. GRILL IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

Steven E. Grill declares that:

1. I am a partner in the firm of Devine, Millimet & Branch, Professional Association at 111 Amherst Street, Manchester, New Hampshire, 03101. My office telephone number is (603) 669-1000. My e-mail address is sgrill@devinemillimet.com.

2. I certify that I am a member in good standing of the bar of the States of New Hampshire and New York and the district court bars of New Hampshire, New York, Eastern District of New York, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

3. I am not currently admitted in this district.

4. I am not currently suspended or disbarred in any jurisdiction nor have I ever been suspended or disbarred in any jurisdiction.

5.  I have read, acknowledge, and am familiar with, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Massachusetts Supreme Judicial Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

6.  For purposes of his case I have associated with local associate counsel, Danielle L. Pacik, Esquire and Timothy Bray, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

**I declare under penalties and pains of perjury that the foregoing is true and correct.**

Dated: 5/31/05

Steven E. Grill, Esquire

J:\wdox\docs\clients\16430\74011\M0724538.DOC