UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATLAS GARDEN SUPPLY, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTRUDER, INC., AMES TRUE )<br>TEMPER COMPANY AND HARRY )<br>S. BILLADO, )<br>)<br>Defendants. ) | Civil Action No. 05-11122-JLT |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the Defendant, Ames True Temper Inc., in the above matter.

AMES TRUE TEMPER, INC.,

By its attorney,

_/s/ Anthony M. Moccia_
Anthony M. Moccia, BBO #350225
ECKERT SEAMANS CHERIN & MELLOTT, LLC
One International Place
Boston, Massachusetts 02110
617.342.6800
Facsimile: 617.342.6899

Dated: June 14, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (mail/hand) on _6/14/05_
_/s/ Anthony M. Moccia_

{K0304565.1}