UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATLAS GARDEN SUPPLY, LLC, | ) |
| Plaintiff, | ) Civil Action No. 05-11122-JLT |
| v. | ) |
| INTRUDER, INC., AMES TRUE TEMPER COMPANY AND HARRY S. BILLADO, | ) |
| Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

**NOW COMES** Anthony M. Moccia, Esquire a member in the firm of Eckert Seamans Cherin & Mellott, LLC, counsel for Defendant, Ames True Temper, Inc., and a member of the bar of this Court and respectfully moves for the admission pro hac vice of Attorney Mark A. Willard to practice before this Court on behalf of Defendant, Ames True Temper, Inc. In support of this Motion, the undersigned states as follows:

1. Attorney Mark A. Willard is a member in good standing in the bar of the Commonwealth of Pennsylvania, the federal bars of the United States District Courts for the Western District of Pennsylvania and the Eastern District of Michigan, and is a member in the firm of Eckert Seamans Cherin & Mellott, LLC, Pittsburgh, Pennsylvania.

2. Attorney Mark A. Willard is counsel to Ames True Temper, Inc. and has been asked to take the lead role in its representation in the above-captioned action.

{K0304671.1}

3. The undersigned, or another attorney from the Boston, Massachusetts office of Eckert Seamans Cherin & Mellott, LLC, will be involved as local counsel throughout this case and will appear at all hearings or trials unless excused by the Court.

4. The Declaration of Mark A. Willard in support of Motion for Admission Pro Hac Vice Pursuant to Local Rule 83.5.3 is filed herewith and incorporated herein by reference.

**WHEREFORE**, Anthony M. Moccia respectfully moves this Court for an Order admitting Attorney Mark A. Willard to practice before this court pro hac vice in connection with all aspects of the above-captioned action.

Dated: 6-14-05

Respectfully submitted,

By: _____
Anthony M. Moccia (BBO # 350225)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110-2602
(617) 342-6828
e-mail: amoccia@eckertseamans.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that I have conferred with counsel for Plaintiff, Atlas Garden Supply, LLC, regarding the within Motion and he has no objection.

_____
Anthony M. Moccia

## CERTIFICATE OF SERVICE

I hereby certify on this 14th day of June, 2005, a copy of the foregoing Motion for Admission Pro Hac Vice was forwarded to all counsel of record.

_____
Anthony M. Moccia

{K0304671.1}