UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATLAS GARDEN SUPPLY, LLC, | ) |
| Plaintiff, | ) Civil Action No. 05-11122-JLT |
| v. | ) |
| INTRUDER, INC., AMES TRUE TEMPER COMPANY AND HARRY S. BILLADO, | ) |
| Defendant. | ) |

## DECLARATION OF MARK A. WILLARD IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Mark A. Willard declares that:

1. I am a member in the firm of Eckert Seamans Cherin & Mellott, LLC, 600 Grant Street, 44th Floor, Pittsburgh, Pennsylvania 15219. My office telephone number is (412) 566-6171. My e-mail address is mwillard@eckertseamans.com.

2. I certify that I am a member in good standing of the bar of the Commonwealth of Pennsylvania and the federal bar of the District Courts of the Western District of Pennsylvania and the Eastern District of Michigan, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

3. I am not currently admitted in the District of Massachusetts.

4. I am not currently suspended or disbarred in any jurisdiction, nor have I ever been suspended or disbarred in any jurisdiction.

{J0904938.1}

5.   I have read, acknowledged, and am familiar with, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Massachusetts Supreme Judicial Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

6.   For purposes of this case, I have associated with local associate counsel, Anthony M. Moccia, Esquire, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

**I declare under penalties and pains of perjury that the foregoing is true and correct.**

Dated: June 13, 2005

_____
Mark A. Willard, Esquire

{J0904938.1}