UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATLAS GARDEN SUPPLY LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTRUDER, INC., AMES TRUE TEMPER COMPANY, AND HARRY S. BILLADO,<br><br>Defendants. | NO. 05-11122 JLT |

**JOINT MOTION TO STAY PROCEEDINGS
IN ORDER TO PURSUE SETTLEMENT DISCUSSIONS**

The parties jointly move the Court to stay this litigation until October 1, 2005, in order to allow the parties to attempt to reach a settlement of this action. As grounds for this motion, the parties state that they have agreed to enter into settlement negotiations, and to mediate this action if those negotiations prove unsuccessful. The parties expect to exchange documents, and reasonably anticipate that the settlement discussions will require ninety (90) days to complete due to summer schedules and similar factors.

Accordingly, the parties request the Court to stay this action until October 1, 2005.

00073295.DOC / 6

Respectfully submitted,

| ATLAS GARDEN SUPPLY, LLC | INTRUDER, INC., |
|---|---|
| By its attorneys, | By its attorneys, |
| *David A. Brown* /CHC | *signature* |
| David A. Brown (BBO# 556161) | David G. Anderson |
| Katy E. Koski (BBO # 650613) | Ruder Ware, L.L.S.C. |
| Sherin and Lodgen LLP | 402 Graham Avenue |
| 101 Federal Street | P.O. Box 187 |
| Boston, Massachusetts 02110 | Eau Claire, WI 54702 |
| (617) 646-2000 | (715) 834-3425 |

AMES TRUE TEMPER, INC.                                HARRY S. BILLADO

By its attorneys,                                     By his attorneys,

*Mark A. Willard* /CHC                                *Steve Grill* /CHC

Mark A. Willard                                       Danielle L. Pacik
Eckert Seamans Cherin & Mellott,                      Steve E. Grill
  LLC                                                 Devine, Millimet & Branch
600 Grant Street                                      111 Amherst Street
44th Floor                                            P.O. Box 109
Pittsburgh, PA 15219                                  Manchester, NH 03105
(412) 566-6171                                        (603) 669-1000

Anthony M. Moccia
Eckert Seamans Cherin & Mellott,
  LLC
One International Place, 18th Floor
Boston, MA 02110
(617) 342-6800

Dated: July  15 , 2005