UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATLAS GARDEN SUPPLY LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTRUDER, INC., AMES TRUE TEMPER<br>COMPANY, AND HARRY S. BILLADO,<br><br>Defendants. | NO. 05-11122 JLT |

## AGREEMENT GOVERNING THE PRODUCTION
## AND EXCHANGE OF CONFIDENTIAL INFORMATION

Atlas Garden Supply LLC ("Atlas"), Intruder, Inc. ("Intruder"), Ames True Temper, Inc.,

("Ames"), and Harry S. Billado ("Billado"), the parties to the above-captioned action (the

"Action"), hereby agree to the following:

1.    Scope.

This Agreement applies to all documents and information produced or disclosed by any

person or party in the Action. "Documents and information" shall include all documents,

materials, things or information in any form whatsoever, whether on paper, videotape or

audiotape, diskette, computer storage, tangible items, or otherwise, including without limitation

all interrogatory answers, responses to requests for production of documents or requests for

admissions, deposition testimony and transcripts, deposition exhibits and any other documents or

information produced or designated pursuant to the terms hereof by any party.

2.    <u>Parties.</u>

The provisions of this Agreement shall be binding on, and shall inure to the benefit of, the parties to the Action (hereinafter "parties"), and their counsel, successors and assigns.

3.    <u>Designation of Confidential Material</u>

All documents and information produced by a party having the right to protect the confidential and/or proprietary nature of such documents or information may be marked "Confidential" by the producing party.

4.    <u>Use of Produced Documents and Information</u>

All documents and information marked "Confidential" produced or disclosed in the action, including without limitation in response to requests for the production of documents, interrogatories, requests for admission, deposition, questions, subpoena, any other discovery device ("Confidential Materials"), shall be used solely for the purpose of the litigation and shall not be used for other purpose, including, without limitation, any business or commercial purpose.

5.    <u>Disclosure of Confidential Materials</u>

Confidential Materials shall not be disclosed, provided or made available by a recipient to any person or entity who is not a party to this Action or an officer or director of, or attorney for, a party to this Action.

6.    <u>Return of Documents or Information.</u>

At the conclusion of this Action, all Confidential Materials covered by this Agreement, and all documents or portions thereof containing information derived from documents or information covered by this Agreement, shall be returned by the receiving party or person and/or their agents or representatives to the producing party or person, or shall be destroyed, and

counsel of record shall certify in writing within thirty (30) days of the conclusion of the settlement discussions that such material has been returned or destroyed.

      7.    <u>Binding Nature of Order.</u>

      The parties agree to be bound by the term of this Agreement.  The Agreement shall be binding upon the parties and counsel and their officers, directors, and employees and any successors or assigns, whether or not the Court enters it as an Order of the Court.

Respectfully submitted,

ATLAS GARDEN SUPPLY, LLC

By its attorneys,

*David A. Brown /cac*

David A. Brown (BBO# 556161)
Katy E. Koski (BBO # 650613)
Sherin and Lodgen LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000


AMES TRUE TEMPER, INC.

By its attorneys,

*Mark A. Willard /cac*

Mark A. Willard
Eckert Seamans Cherin & Mellott,
   LLC
600 Grant Street
44th Floor
Pittsburgh, PA 15219
(412) 566-6171


Anthony M. Moccia
Eckert Seamans Cherin & Mellott,
   LLC
One International Place, 18th Floor
Boston, MA 02110
(617) 342-6800


Dated: July ___15___, 2005

INTRUDER, INC.,

By its attorneys,

David G. Anderson
Ruder Ware, L.L.S.C.
402 Graham Avenue
P.O. Box 187
Eau Claire, WI 54702
(715) 834-3425


HARRY S. BILLADO

By his attorneys,

*Steve Grill /cac*

Danielle L. Pacik
Steve E. Grill
Devine, Millimet & Branch
111 Amherst Street
P.O. Box 109
Manchester, NH 03105
(603) 669-1000

- 4 -