UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATLAS GARDEN SUPPLY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INTRUDER, INC., AMES TRUE TEMPER COMPANY, AND HARRY S. BILLADO,<br><br>    Defendants. | NO. 05-11122 JLT |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE
AND TIME FOR DEFENDANTS RESPONSIVE PLEADING**

    The parties jointly move the Court to continue the status conference currently scheduled to occur on November 15, 2005 until a date in December that is convenient for the Court, in order to allow the parties to attempt to reach a settlement of this action. The parties also jointly move the Court to continue the time for defendants to answer or otherwise respond to the Complaint until January 15, 2006. As grounds for this motion, the parties state that they are in the midst of active settlement negotiations. The parties reasonably anticipate that an agreement in principle will be achieved within approximately forty-five (45) days.

    Accordingly, the parties request the Court to continue the status conference until a date in December that is convenient for the Court and extend the time to respond to the Complaint until January 15 ,2006.

- 2 -

Respectfully submitted,

| ATLAS GARDEN SUPPLY, LLC | INTRUDER, INC., |
|---|---|
| By its attorneys, | By its attorneys, |

| /s/ Katy E. Koski | /s/ David G. Anderson |
|---|---|
| David A. Brown (BBO# 556161) | David G. Anderson |
| Katy E. Koski (BBO # 650613) | Ruder Ware |
| Sherin and Lodgen LLP | 402 Graham Avenue |
| 101 Federal Street | P.O. Box 187 |
| Boston, Massachusetts 02110 | Eau Claire, WI 54702 |
| (617) 646-2000 | (715) 834-3425 |

| AMES TRUE TEMPER, INC. | HARRY S. BILLADO |
|---|---|
| By its attorneys, | By his attorneys, |

| /s/ Mark A. Willard | /s/ Steven E. Grill |
|---|---|
| Mark A. Willard | Danielle L. Pacik |
| Eckert Seamans Cherin & Mellott, LLC | Steve E. Grill |
|  | Devine, Millimet & Branch |
| 600 Grant Street | 111 Amherst Street |
| 44th Floor | P.O. Box 109 |
| Pittsburgh, PA 15219 | Manchester, NH 03105 |
| (412) 566-6171 | (603) 669-1000 |

Anthony M. Moccia
Eckert Seamans Cherin & Mellott,
   LLC
One International Place, 18th Floor
Boston, MA 02110
(617) 342-6800

Dated: November 11, 2005