UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ATLAS GARDEN SUPPY LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C. A. No. 05-11122 JLT |
| INTRUDER, INC., AMES TRUE TEMPER COMPANY, AND HARRY S. BILLADO, | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF APPEARANCE OF**
**ATTORNEY DANIEL J. KELLY**

Please enter the appearance of Daniel J. Kelly of Gadsby Hannah, LLP on behalf of defendant Intruder, Inc.

Respectfully submitted,

INTRUDER, INC.,
By its attorneys,

/s/Daniel J. Kelly
Daniel J. Kelly, BBO # 553926
dkelly@ghlaw.com
Edward W. Little Jr., BBO # 628985
elittle@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  02110

Dated:  November 17, 2005           (617) 345-7000

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the <u>Notice of Appearance of Attorney Daniel J. Kelly</u> was served upon the attorneys of record for each party by first class mail, postage prepaid, and where possible by electronic means via the CM/ECF filing and notification system:

| | |
|---|---|
| David A. Brown, Esq. | Mark A. Willard, Esq. |
| Katy E. Koski, Esq. | Anthony M. Moccia, Esq. |
| Sherin and Lodgen LLP | Eckert Seamans Cherin & Melllot, LLC |
| 101 Federal Street | One International Place, 18th Floor |
| Boston, MA 02110 | Boston, MA 02110 |

Danielle L. Pacik, Esq.
Steve E. Grill, Esq.
Devine, Millimet & Branch
111 Amherst Street
P.O. Box 109
Manchester, NH 03105

By:     <u>/s/Edward W. Little, Jr.</u>

Date:   <u>November 17, 2005</u>

B0437549v1