UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATLAS GARDEN SUPPY LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTRUDER, INC., AMES TRUE TEMPER )<br>COMPANY, AND HARRY S. BILLADO, )<br>)<br>Defendants. )<br>) | C. A. No. 05-11122 JLT |

NOTICE OF APPEARANCE OF
ATTORNEY EDWARD W. LITTLE, JR.

Please enter the appearance of Edward W. Little, Jr. of Gadsby Hannah, LLP on behalf of defendant Intruder, Inc.

                                      Respectfully submitted,

                                      INTRUDER, INC.,
                                      By its attorneys,

                                      /s/Edward W. Little, Jr
                                      Daniel J. Kelly, BBO # 553926
                                      dkelly@ghlaw.com
                                      Edward W. Little Jr., BBO # 628985
                                      elittle@ghlaw.com
                                      Gadsby Hannah LLP
                                      225 Franklin Street
                                      Boston, MA  02110
Dated:  November 17, 2005          (617) 345-7000

-2-

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day a true copy of the <u>Notice of Appearance of Attorney Edward W. Little, Jr.</u> was served upon the attorneys of record for each party by first class mail, postage prepaid, and where possible by electronic means via the CM/ECF filing and notification system:

| | |
|---|---|
| David A. Brown, Esq.<br>Katy E. Koski, Esq.<br>Sherin and Lodgen LLP<br>101 Federal Street<br>Boston, MA 02110 | Mark A. Willard, Esq.<br>Anthony M. Moccia, Esq.<br>Eckert Seamans Cherin & Melllot, LLC<br>One International Place, 18th Floor<br>Boston, MA 02110 |

Danielle L. Pacik, Esq.
Steve E. Grill, Esq.
Devine, Millimet & Branch
111 Amherst Street
P.O. Box 109
Manchester, NH 03105

By:   <u>/s/Edward W. Little, Jr.</u>

Date:   <u>November 17, 2005</u>

B0437553v1