UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATLAS GARDEN SUPPY LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTRUDER, INC., AMES TRUE TEMPER )<br>COMPANY, AND HARRY S. BILLADO, )<br>)<br>Defendants. )<br>) | C. A. No. 05-11122 JLT |

### NOTICE OF APPEARANCE OF
### ATTORNEY DANIEL J. KELLY

Please enter the appearance of Daniel J. Kelly of Gadsby Hannah, LLP on behalf of defendant Intruder, Inc.

                                              Respectfully submitted,

                                              INTRUDER, INC.,
                                              By its attorneys,

                                              /s/Daniel J. Kelly
                                              Daniel J. Kelly, BBO # 553926
                                              dkelly@ghlaw.com
                                              Edward W. Little Jr., BBO # 628985
                                              elittle@ghlaw.com
                                              Gadsby Hannah LLP
                                              225 Franklin Street
                                              Boston, MA  02110
Dated:  November 17, 2005          (617) 345-7000

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the <u>Notice of Appearance of Attorney Daniel J. Kelly</u> was served upon the attorneys of record for each party by first class mail, postage prepaid, and where possible by electronic means via the CM/ECF filing and notification system:

| | |
|---|---|
| David A. Brown, Esq. | Mark A. Willard, Esq. |
| Katy E. Koski, Esq. | Anthony M. Moccia, Esq. |
| Sherin and Lodgen LLP | Eckert Seamans Cherin & Melllot, LLC |
| 101 Federal Street | One International Place, 18th Floor |
| Boston, MA 02110 | Boston, MA 02110 |

Danielle L. Pacik, Esq.
Steve E. Grill, Esq.
Devine, Millimet & Branch
111 Amherst Street
P.O. Box 109
Manchester, NH 03105

By: /s/Edward W. Little, Jr.

Date: November 17, 2005