UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ATLAS GARDEN SUPPLY LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-11122 |
| | * | |
| INTRUDER, INC., AMES TRUE TEMPER | * | |
| COMPANY, AND HARRY S. BILLADO, | * | |
| | * | |
| Defendants. | * | |

ORDER

December 13, 2005

TAURO, J.

After a Conference held on December 13, 2005, this court hereby orders that:

1.   A Further Conference will be held on January 18, 2006 at 10:30 a.m.;

2.   No further continuances will be granted.

IT IS SO ORDERED.

United States District Judge