UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ATLAS GARDEN SUPPLY LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-11122 |
| | * | |
| INTRUDER, INC., AMES TRUE TEMPER | * | |
| COMPANY, and HARRY S. BILLADO, | * | |
| | * | |
| Defendants. | * | |

ORDER

February 8, 2006

TAURO, J.

After a Conference held on February 8, 2006, this court hereby orders that:

1. The Stay imposed on July 25, 2005 is lifted;

2. Plaintiff may depose the following: (1) Harry S. Billado; (2) Ames True Temper Company pursuant to Rule 30(b)(6); and (3) Intruder, Inc. pursuant to Rule 30(b)(6);

3. Defendants may depose the following: (1) Harry S. Billado; (2) Harry S. Billado's former counsel; (3) Craig Smith of Intruder, Inc.; (4) David Nelson of Intruder, Inc.; (5) a third unnamed person of Intruder, Inc.; (6) Atlas Garden Supply LLC pursuant to Rule 30(b)(6); (7) Brian Emple; and (8) Ames True Temper Company pursuant to Rule 30(b)(6);

4. A Rule 26 Discovery Order will be issued;

5. The Parties must comply with the Rule 26 Discovery Order;

6. The Parties will designate their experts, if any, and file their expert reports by May 31, 2006;

7. All discovery shall be completed by July 31, 2006;

8. No further discovery will be permitted without leave of this court; and

9. A Final Pretrial Conference will be held on August 14, 2006, at 10:00 a.m.


IT IS SO ORDERED.

                                                      /s/ Joseph L. Tauro
                                           United States District Judge