UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATLAS GARDEN SUPPLY LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTRUDER, INC., AMES TRUE TEMPER )<br>COMPANY, AND HARRY S. BILLADO, )<br>)<br>Defendants. )<br>) | C. A. No. 05-11122 JLT |

## JOINT MOTION FOR STAY PENDING MEDIATION

Plaintiff Atlas Garden Supply LLC ("Atlas Garden") and defendants Intruder, Inc. ("Intruder"), Ames True Temper Company ("Ames"), and Harry S. Billado ("Billado") hereby jointly seek a sixty (60) day stay of this matter pending conclusion of a mediation which the parties are scheduling for May 9, 2006. Currently, the parties have agreed to use Attorney Peter Contuzzi, an experienced mediator who is available on May 9, to mediate the disputes between them. While the parties have attempted unsuccessfully in the past to settle the case without the aid of a mediator, they believe that a mediation with Attorney Contuzzi presents the best opportunity to settle this case without undertaking costly and time-consuming depositions which the Court has ordered concluded by the end of July 2006. Accordingly, the parties jointly request this modest stay of the current case schedule to allow them to prepare for and conduct mediation with Attorney Contuzzi without the need to conduct parallel discovery which will prove costly and, if the mediation is successful, unnecessary.

"[A] court, in its sound discretion, may stay any case pending before it as an exercise of its inherent power to control its own docket." Cannavo v. Enterprise Messaging Servs., Inc., 982

F. Supp. 54, 59 (D. Mass. 1997).  Though the parties are mindful that the Court had allowed a stay in the past, a stay at this particular time – when the parties have now agreed upon a date and a neutral third party (rather than discussions between counsel) in an effort to settle the matter – would provide a necessary hiatus for the parties to focus efforts on preparing for and attending the mediation with Attorney Contuzzi.  Without the stay, the parties' attention would be divided between preparation for the mediation and the taking of depositions (a large number of which would be outside of Massachusetts) and may make mediation impossible (given the parties' and counsels' schedules) or ultimately unsuccessful.  Taking these depositions may in fact be unnecessary if, as the parties expect, the case will be settled through mediation, and monies saved by allowing the discovery stay will in fact free up monies for settlement and/or keep settlement lower.

Under the Court's current schedule, expert reports, if any, are due by May 31, 2006, and discovery is to be completed by July 31, 2006.  See Order dated February 8, 2006.  Under this tight schedule and without the requested stay, preparing for and attending the mediation would be extremely difficult, as the parties would need to begin noticing and planning for depositions in Massachusetts and elsewhere (in addition to other scheduled matters of counsel and the parties).  A modest sixty-day stay of the case pending completion of a mediation with Attorney Contuzzi is in the interest of all the parties and the Court in that it presents the best opportunity to resolve the case as well as the most cost-effective and expeditious manner to achieve settlement.

WHEREFORE the parties jointly move that the Court stay the case for sixty (60) days, after which, if necessary, expert reports will be due by July 31, 2006, and discovery shall conclude on September 29, 2006.  A proposed order is attached hereto as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| ATLAS GARDEN SUPPLY, LLC<br>By its attorneys, | INTRUDER, INC.,<br>By its attorneys, |
| /s/David A. Brown.<br>David A. Brown (BBO#556161)<br>Katy E. Koski (BBO#650613)<br>Sherin and Lodgen LLP<br>101 Federal Street<br>Boston, Massachusetts 02110<br>(617) 646-2000 | /s/Edward W. Little, Jr.<br>Daniel J. Kelly, BBO # 553926<br>dkelly@ghlaw.com<br>Edward W. Little Jr., BBO # 628985<br>elittle@ghlaw.com<br>Gadsby Hannah LLP<br>225 Franklin Street<br>Boston, MA 02110<br>(617) 345-7000 |
| AMES TRUE TEMPER, INC.<br>By its attorneys, | HARRY S. BILLADO<br>By his attorneys, |
| /s/Mark A. Willard<br>Mark A. Willard (*pro hac vice*)<br>Eckert Seamans Cherin & Mellott, LLC<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219<br>(412) 566-6171<br><br>Anthony M. Moccia (BBO#350225)<br>Eckert Seamans Cherin & Mellot, LLC<br>One International Place, 18th Floor<br>Boston, MA 02110<br>(617) 342-6800 | /s/Steven E. Grill<br>Steven E. Grill (*pro hac vice*)<br>Devine, Millimet & Branch<br>111 Amherst Street<br>P.O. Box 109<br>Manchester, NH 03105<br>(603) 669-1000 |

Dated: April 7, 2006

**<u>EXHIBIT A</u>**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATLAS GARDEN SUPPLY LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>INTRUDER, INC., AMES TRUE TEMPER<br>COMPANY, AND HARRY S. BILLADO,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 05-11122 JLT<br>)<br>)<br>)<br>)<br>) |

**<u>ORDER</u>**

Based upon the Court's consideration of the parties' *Joint Motion for Stay Pending Mediation* (the "Joint Motion"), the Court hereby orders that:

1. The Joint Motion is ALLOWED;

2. This action, including without limitation all factual and expert discovery, is hereby stayed for a period of sixty (60) days from the date of entry of this Order;

3. All parties in this action (the "Parties") will conduct a mediation with Attorney Peter Contuzzi in May 2006, at a mutually agreeable date and time, and all counsel as well as at least one representative from each party (such representative or representatives to have full authority to settle all aspects of this matter at said mediation) shall attend such mediation in person, with each party to bear its own costs in connection with said mediation;

4. In the event mediation does not resolve all aspects of this case and the disputes between the parties, the following schedule for this matter shall be imposed following the ending of the stay:

      a.      The Parties will designate their experts, if any, and file their expert reports by July 31, 2006;

      b.      All discovery shall be completed by September 29, 2006;

      c.      A Final Pretrial Conference will be held on _____ at _____.

IT IS SO ORDERED.

_____
Joseph L. Tauro
United States District Judge

DATED: April \_\_\_, 2006

2

B0456520v1