UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATLAS GARDEN SUPPLY LLC,<br><br>      Plaintiff,<br><br>v.<br><br>INTRUDER, INC., AMES TRUE TEMPER COMPANY, AND HARRY S. BILLADO,<br><br>      Defendants. | NO. 05-11122 JLT |

**ASSENTED-TO MOTION TO EXTEND TIME TO OBJECT TO MOTION FOR LEAVE TO AMEND**

Defendant Harry Billado, by his attorneys, respectfully moves for leave to extend the time for filing his objection to a Motion for Leave to Amend Answer which was filed by the co-defendant, Intruder, Inc., on April 6, 2006. In support of his Motion, Mr. Billado states as follows:

1. On April 6, 2006, Intruder moved for leave to file an amended answer which would, among other things, assert cross-claims against Mr. Billado. Mr. Billado has meritorious opposition to the motion in that the purported cross claims are not well grounded in fact or warranted by existing law, and as such, it would be futile to allow them to be asserted. *See Finnern v. Sunday River Skiway Corp.,* 984 F.2d 530, 536 (1st Cir. 1993).

2. The parties are in the process of arranging mediation and, to that end, are also requesting the Court to extend all applicable deadlines for a reasonable period. In the event, however, that such relief is not granted, Mr. Billado will need to file his opposition to the motion

- 2 -

to amend. In that event, he respectfully requests an extension of one additional day to do so, *i.e.,* from April 20, 2006 until April 21, 2006.

3. No prejudice would result from such one day extension and opposing counsel assent to the same.

4. Because the relief requested is within the sound discretion of the Court, no memorandum or supporting authority is submitted herewith.

WHEREFORE, Mr. Billado requests that the Court grant him a one day extension from April 20, 2006 until April 21, 2006, to file his opposition to Intruder's motion for leave to amend.

          Respectfully submitted,

          HARRY S. BILLADO

          By his attorneys,

          s/Steven E. Grill
          Steven E. Grill
          Danielle L. Pacik
          Devine, Millimet & Branch
          111 Amherst Street
          P.O. Box 109
          (603) 669-1000

Dated: April 20, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served via the Court's Electronic Case Filing management system upon David A. Brown, Esquire, Katy Ellen Koski, Esquire, Daniel J. Kelly, Esquire, Edward William Little, Jr., Esquire and Anthony M. Moccia, Esquire.

Date: April 20, 2006          /s/ Steven E. Grill, Esquire
                                            Steven E. Grill, Esquire

00073295.DOC / 5