UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATLAS GARDEN SUPPLY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTRUDER, INC., AMES TRUE TEMPER COMPANY and HARRY S. BILLADO,<br><br>Defendants. | CIVIL ACTION NO. 05-CV-11122-JLT |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Atlas Garden Supply, LLC, Intruder, Inc., Ames True Temper Company and Harry S. Billado, through their undersigned counsel and pursuant to Fed. R. Civ. P. 41, being all of the parties to this action, hereby stipulate and agree that the within action, and all claims, counterclaims and crossclaims asserted therein, however designated, shall be dismissed with prejudice and without costs or fees to any party, the parties waiving all rights of appeal.

ATLAS GARDEN SUPPLY, LLC

By its attorneys,

_\[signature\]_
David A. Brown (BBO# 556161)
Katy E. Koski (BBO# 650613)
Sherin and Lodgen LLP
101 Federal Street
Boston, Massachusetts 02110
Tel. 617.646.2000

INTRUDER, INC.

By its attorneys,

_\[signature\]_
Daniel J. Kelly (BBO # 553926)
Edward W. Little Jr. (BBO # 628985)
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
Tel. 617.345.7000

- 6 -

AMES TRUE TEMPER, INC.

By its attorneys,

_____
Mark A. Willard
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Tel. 412.566.6171

Anthony M. Moccia
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110
Tel. 617.342.6800

HARRY S. BILLADO

By his attorneys,

_____
Danielle L. Pacik
Steven E. Grill
Devine, Millimet & Branch
111 Amherst Street
PO Box 109
Manchester, NH 03105
Tel. 603.669.1000

Dated: August 10, 2006

- 7 -

00124098.DOC /